# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO. 9:23-cv-81314-AMC

JOHN STEWART, on behalf of the NextEra
Energy, Inc. Employee Retirement Savings
Plan, individually and as a representative of a
class of participants and beneficiaries,

                    Plaintiff,

v.

NEXTERA ENERGY, INC.,

                    Defendant.

## NOTICE OF SETTLEMENT

Pursuant to this Court's September 9, 2025 scheduling order (ECF No. 64) and Local

Rule 16.4, Plaintiff John Stewart ("Plaintiff") and Defendant NextEra Energy, Inc. ("NextEra")

(together, the "Parties"), by and through their undersigned counsel, hereby notify the Court that

the Parties executed a Memorandum of Understanding on January 9, 2026, which reflects their

settlement in principle of all claims.

Dated: January 13, 2026                    Respectfully submitted,


*/s/ Michael C. McKay*
Michael C. McKay (admitted pro hac vice)
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
(480) 681-7000
mmckay@mckaylaw.us

Brandon J. Hill (#37061)
Luis A. Cabassa (#0053643)
Amanda E. Heystek (#0285020)
**WENZEL FENTON CABASSA, P.A.**

*/s/ Jason Gonzalez*
Jason Gonzalez (#146854)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com

Lori Martin (admitted pro hac vice)
Brad E. Konstandt (admitted pro hac vice)
**WILMER CUTLER PICKERING**
    **HALE AND DORR LLP**

1110 North Florida Ave., Suite 300
Tampa, Florida 33602
(813) 224-0431
bhill@wfclaw.com
lcabassa@wfclaw.com
gnichols@wfclaw.com

Marc R. Edelman (#0096342)
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, FL 33602
(813) 223-5505
MEdelman@forthepeople.com

*Attorneys for Plaintiff John Stewart*

7 World Trade Center
250 Greenwich Street
New York, NY, 10007
(212) 230-8800
lori.martin@wilmerhale.com
brad.konstandt@wilmerhale.com

*Attorneys for Defendant NextEra Energy, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2026, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason Gonzalez*
Jason Gonzalez